Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

DANIEL E. DRISCOLL, Respondent, v. LEONARD SHAPIRO, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

EMPIRE BOULEVARD BLDRS., INC., Appellant, v. WILLIAM A. SPOHN and Others, Defendants; ELIZABETH J. KELLY and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Kapper, Hagarty, Scudder and Davis, JJ.; Lazansky, P. J., not voting.

ANNA GIAMBALVO, as Administratrix, etc., of ANGELO GIAMBALVO, Deceased, Respondent, v. WALLABOUT BASIN STORAGE & TERMINAL Co., INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

JOSEPH GIORDANO, Respondent, v. YELLOW TAXI CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

BERNARD J. GOLDFARB, Appellant, Respondent, v. ESTHER GOLDFARB, Respondent, Appellant. (Appeal No. 3.) Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

ESTHER GOLDFARB, Appellant, v. BERNARD J. GOLDFARB, Respondent. (Appeal No. 1.) Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

ESTHER GOLDFARB, Respondent, v. BERNARD J. GOLDFARB, Appellant. (Appeal No. 2.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Appellant, to Acquire Title to the Real Property for the Opening of Clove Avenue (Road), etc., in the Borough of Richmond, City of New York. SAMUEL BRILL, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals dismissed as unnecessary. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ. [See post, p. 699.]

In the Matter of the Application of THE CITY OF NEW YORK, Appellant, Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Real Property Required for the Opening and Extending of Hylan (Southside) Boulevard, etc., in the Borough of Richmond, City of New York. SAMUEL BRILL, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals dismissed as unnecessary. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ. [See post, p. 698.]

In the Matter of the Application of LAURA MILLER for Payment of Award of Damage Parcels Nos. 726 to 728, Inclusive, in the Proceeding Entitled "New York Supreme Court, Second Department. In the Matter of Acquiring Title by the City of New York to a Public Beach Extending from Jacob Riis Park to the Westerly Line of Beach 25th Street, in the Borough of Queens, City of New York." THE NATIONAL SAFETY BANK AND TRUST COMPANY OF NEW YORK, Appellant;